PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Zelinia Tinsley            Cr: 11-00074-001
                                                          PACTS #: 60448

Name of Sentencing Judicial Officer: THE HONORABLE STANLEY R. CHESLER
                                                        UNITES STATES DISTRICT COURT JUDGE

Date of Original Sentence: 05/17/2011

Original Offense: PUBLIC MONEY - PROPERTY OR RECORDS, in violation of 18:641.F, Class C Felony

Original Sentence: 36 months probation

Type of Supervision: Probation                          Date Supervision Commenced: 05/17/2011

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On January 18, 2012, the offender reported to the Probation Office as directed. At approximately 11:00am, the offender produced a 0.133% on a breathalyzer test. The offender indicated she drank the night before to cope with the stress from her recent home invasion/robbery victimization. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender failed to notify our office within 72 hours of being laid off from her position. The offender was laid off in October 2011 and notified our office of the change in December 2011. |
| 3 | The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $23,382.00 to United States Treasury for distribution; it shall be paid in the following manner: no less than $50 per month.**' |

The offender has failed to make consistent monthly payments of $50. She is currently in arrears $100.

### U.S. Probation Officer Action:

The Probation Office would like to present this court-ordered document to the offender as a formal judicial written reprimand. Due to her recent victimization, our office referred her to the New Jersey Victims of Crime Compensation Board for relocation and counseling assistance. Our office instructed her not to use any substances and to attend two Alcoholics Anonymous meetings per week. The Probation Office will also connect the offender to the SCRAM alcohol monitoring program (monitoring ankle bracelet) and monitor her overall compliance with her supervision requirements.

Respectfully submitted,
By: Suzanne J. Golda
United States Probation Officer
Date: 01/20/2012

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

MARK HENGEMUHLE
SR. DEPUTY CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

January 19, 2012

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

> RE: **TINSLEY, Zellnia**
> DOB: 02/08/83
> FBI#: 483198MB0
> <u>Non-Compliant Behavior</u>
> <u>Written Reprimand Recommended</u>

Dear Judge Chesler:

On May 17, 2011, the above-named individual was sentenced by Your Honor for Theft of Government Funds. She received a three-year-term of probation, was ordered to pay $23,382.00 restitution and a $100 special assessment fee, and was directed to comply with special conditions of DNA testing and no new debt.

As stated in the attached petition, Tinsley is in non-compliance with the conditions of probation. We respectfully request that Your Honor sign the enclosed Probation Form 12A and allow our office to present it to Tinsley as a formal written reprimand issued under the authority of the Court. If Your Honor wishes to discuss this matter further, or desires a sanction court appearance from the offender, please feel free to contact the undersigned at (973) 445-8526.

Respectfully,

*[signature]* Maureen Kelly
2012.01.19 18:57:36
-05'00'

By: Suzanne J. Golda
United States Probation Officer

sjg/
Attachment