PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Zellnia Tinsley	Cr.: 2:11-74(SRC)(1)
	PACTS Number: 60448

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler, United States District Judge

Date of Original Sentence: 05/17/11

Original Offense: Theft of Government Funds

Original Sentence: 3 years probation, $100 special assessment, and $23,482 in restitution. Special condition: 1) no new debt.

Type of Supervision: Probation	Date Supervision Commenced: 05/17/11

## PETITIONING THE COURT

[ ]	To extend the term of supervision for	Years, for a total term of	Years.
[X]	To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On March 13, 2012, Tinsley submitted to urinalysis testing which returned positive results for the presence of THC (marijuana). Tinsley admitted to smoking marijuana in the previous month.

Respectfully submitted,

By: Adriana Garcia  Maureen Kelly
U.S. Probation Officer
Date: 03/16/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/1/2012
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

Witness: _____
U.S. Probation Officer
Adriana Garcia

Signed: _____
Probationer
Zellnia Tinsley

3/23/2012
DATE

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

March 25, 2012

Mailing Address:

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr. Federal Building
and United States Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

          RE: TINSLEY, Zellnia
          Docket #: 2:11-74(SRC)(1)
          **Request for Modification of Probation Conditions**

Dear Judge Chesler:

On May 17, 2011, the above-referenced was sentenced by Your Honor to three years probation for Theft of Government Funds. A $100 special assessment and $23,482 in restitution were imposed. Tinsley was ordered to abide by a special condition of no new debt.

On March 13, 2012, Tinsley tested positive for marijuana use and she expressed remorse for smoking the illegal substance. Given Tinsley's history of drug and alcohol use, we kindly request that her conditions of supervision be modified to include alcohol/drug testing and treatment. As indicated by the attached Probation Form 49, *Waiver of Hearing to Modify Conditions of Probation*, Tinsley agrees to the modification and has waived her right to a hearing.

Unless Your Honor considers otherwise, we ask that you review the enclosed documents and sign the Probation 12B Form, *Request for Modifying the Conditions of Supervision*, authorizing the modification. If Your Honor requests an alternative course of action, or wishes to discuss this matter further, please contact the undersigned at (973) 289-9167.

          Respectfully submitted,

          WILFREDO TORRES, Chief
          U.S. Probation Officer

          Maureen Kelly *(Digitally signed by Maureen Kelly)*

          By: Adriana Garcia
              U.S. Probation Officer

/ag
Attachment